OSCN Found Document:IN RE: AMENDMENT TO OKLAHOMA SUPREME COURT RULE 1.301, FORM 5 PETITION IN ERROR

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE: AMENDMENT TO OKLAHOMA SUPREME COURT RULE 1.301, FORM 5 PETITION IN ERROR
2023 OK 94
Decided: 09/25/2023
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2023 OK 94, __ P.3d __

 

ORDER

Oklahoma Supreme Court Rule 1.301, Form 5 (Petition in Error), 12 O.S., ch. 15, app. 1, is hereby amended as shown on the attached Exhibits A and B. The amended rule shall be effective immediately.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 25th DAY OF SEPTEMBER, 2023.

/S/CHIEF JUSTICE

CONCUR: Kane, C.J., Rowe, V.C.J., Kauger, Edmondson, Gurich and Kuehn, JJ.

DISSENT: Combs and Darby, JJ.

NOT VOTING: Winchester, J.

 

EXHIBIT A

Rule 1.301, Form No. 5

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

 
 
 
  
 
 
  
 
 
  
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
 ,
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
 Plaintiff/Appell_____,
 
 
  
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
 vs.
 
 
  
 
 
  
 
 
 )
 
 
 No.
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
 ,
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
 Defendant/Appell_____.
 
 
  
 
 
 )
 
 
  
 
 
  
 
 
  
 
 
 

PETITION IN ERROR

_____ PETITION IN ERROR

_____ AMENDED OR SUPPLEMENTAL PETITION

_____ CROSS PETITION

_____ COUNTER-PETITION

DATE FIRST PETITION IN ERROR FILED: ____________________

I.TRIAL COURT HISTORY

COURT/TRIBUNAL: _____________________________________________________

COUNTY: _____________________________________________________________

CASE NO.: _____________________________________________________________

JUDGE: ________________________________________________________________

NATURE OF CASE: ______________________________________________________
(e.g., Divorce, Personal Injury)

NAME OF PARTY OR PARTIES FILING THIS PETITION IN ERROR:
______________________________________________________________________

THE APPEAL IS BROUGHT FROM: (Check one)

_____ Judgment, Decree or Final order of District Court.

_____ Appeal from order granting summary judgment or motion to dismiss where motion filed after October 1, 1993 (Accelerated procedure under Rule 1.36).

_____ Appeal from Revocation of Driver''s License (Rule 1.21(b)).

_____ Final Order of Other Tribunal.

(Specify Corporation Commission, Insurance Department,

Tax Commission, Court of Tax Review, Banking Board or

Banking Commissioner, etc. _________________________)

_____ Interlocutory Order Appealable by Right.

_____ Other _______________________________________________________

II. TIMELINESS OF APPEAL

1. Date judgment, decree or order appealed was filed:_______________________.

2. If decision was taken under advisement, date judgment, decree or order was mailed to parties: ____________________

2. Did the party appealing prepare the judgment, decree or order appealed? ____ Yes _____ No.

3. Date the certificate of service was filed in the trial court: _______________________.

4.3.Does the judgment or order on appeal dispose of all claims by and against all parties?
____ Yes _____ No.

If not, did district court direct entry of judgment in accordance with 12 O.S. § 994? _____Yes _____ No.

When was this done? _________________

5.4.If the judgment or order is not a final disposition, is it appealable because it is an Interlocutory Order Appealable by Right? _____ Yes _____ No. Specific statutory basis for interlocutory order appealable by right:_______________________.

6.5.If none of the above applies, what is the specific statutory basis for determining the judgment or order is appealable? ____________________________________

7.6.Were any post-trial motions filed?
Type Date Filed Date Disposed
____________________ _____________________ ____________________
____________________ _____________________ ____________________
____________________ _____________________ ____________________

8.7.This Petition is filed by: ___ Delivery to Clerk, or
___Mailing to Clerk by U.S. Certified Mail, Return
Receipt Requested, on ____________ (date)

III. RELATED OR PRIOR APPEALS

List all prior appeals involving same parties or same trial court proceeding: ________

___________________________________________________________________

List all related appeals involving same issues: __________________________________

____________________________________________________________________

(Identify by Style, Appeal Number, Status, and Citation, if any. If none, so state.)

_

IV. SETTLEMENT CONFERENCE

Is appellant willing to participate in an attempted settlement of the appeal by predecisional conference under Rule 1.250? _____Yes _____No

V. RECORD ON APPEAL

_____ A Transcript will be ordered.

_____ No Transcript will be ordered because no record was made and/or no transcript will be necessary for this appeal

_____ A Narrative Statement will be filed

_____ Record is concurrently filed as required by Rule 1.34 (Driver''s License Appeals, etc.) or Rule 1.36 (Summary judgments and motions to dismiss granted).

VI. JUDGMENT, DECREE OR ORDER APPEALED -- EXHIBIT "A"

(Attach as Exhibit "A" to the Petition in Error a certified copy of the judgment, decree or order from which the appeal is taken. If a post-trial motion extending appeal time under Rule 1.22 was filed, a certified copy of the order disposing of the motion must be attached also.)

VII. SUMMARY OF CASE -- EXHIBIT "B"

Attach as Exhibit "B" a brief summary of the case not to exceed one 8 1/2"x 11" double spaced page.

VIII. ISSUES TO BE RAISED ON APPEAL -- EXHIBIT "C"

Attach as Exhibit "C" the issues proposed to be raised. Include each point of law alleged as error. Avoid general statements such as "Judgment not supported by law."

_

IX. NAME OF COUNSEL OR PARTY, IF PRO SE

ATTORNEY FOR APPELLANT

Name:

OBA No.:

Firm:

Designated Case-Specific Email Address: [if applicable]

Secondary Email Address: [if applicable]

Address:

Telephone:

ATTORNEY FOR APPELLEE

Name:

OBA No.:

Firm:

Designated Case-Specific Email Address: [if applicable]

Secondary Email Address: [if applicable]

Address:

Telephone:

DATE: ______________________ 20___

 
 
 
  
 
 
                                                         
 
 
 ____________________________________________
 
 
 
 
  
 
 
  
 
 
 Verified by (Signature of Attorney or Pro Se Party)
 
 
 
 
  
 
 
  
 
 
 ____________________________________________
 
 
 
 
  
 
 
  
 
 
 Firm
 
 
 
 
  
 
 
  
 
 
 ____________________________________________
 
 
 
 
  
 
 
  
 
 
 Designated Case-Specific Email Address [if applicable]
 
 
 
 
  
 
 
  
 
 
 ____________________________________________
 
 
 
 
  
 
 
  
 
 
 Secondary Email Address [if applicable]
 
 
 
 
  
 
 
  
 
 
 ____________________________________________
 
 
 
 
  
 
 
  
 
 
 Address
 
 
 
 
  
 
 
  
 
 
 ____________________________________________
 
 
 
 
  
 
 
  
 
 
 Telephone
 
 
 

_

X. CERTIFICATE OF MAILING TO ALL PARTIES AND
COURT CLERK

I hereby certify that a true and correct copy of the Petition in Error was mailed this ___ day of ________________, 20___ by depositing it in the U.S. Mail, postage prepaid or by electronic mail to ____________________________

_______________________________________________________________________.

(Name and Address and/or Email Address of Each Party or Counsel)

I further certify that a copy of the Petition in Error was mailed to, or filed in, the Office of ________________________________________________________ on the

(District Court Clerk or Other Tribunal)

___ day of ______________________, 20___.

 
 
 
  
 
 
                                                                
 
 
 _________________________________________
 
 
 
 
  
 
 
  
 
 
 Certified by (Signature of Attorney or Pro Se Party)
 
 
 

 

 

EXHIBIT B

 

Rule 1.301, Form No. 5

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

 
 
  
  
  
 
 )
 
  
  
  
 
 
  
  
 
 ,
 
 
 )
 
  
  
  
 
 
  
  
  
 
 )
 
  
  
  
 
 
  
 
 Plaintiff/Appell_____,
 
  
 
 )
 
  
  
  
 
 
 
 vs.
 
  
  
 
 )
 
 
 No.
 
  
  
 
 
  
  
  
 
 )
 
  
  
  
 
 
  
  
 
 ,
 
 
 )
 
  
  
  
 
 
  
  
  
 
 )
 
  
  
  
 
 
  
 
 Defendant/Appell_____.
 
  
 
 )
 
  
  
  
 
 

PETITION IN ERROR

_____ PETITION IN ERROR

_____ AMENDED OR SUPPLEMENTAL PETITION

_____ CROSS PETITION

_____ COUNTER-PETITION

DATE FIRST PETITION IN ERROR FILED: ____________________

I.TRIAL COURT HISTORY

COURT/TRIBUNAL: _____________________________________________________

COUNTY: _____________________________________________________________

CASE NO.: _____________________________________________________________

JUDGE: ________________________________________________________________

NATURE OF CASE: ______________________________________________________
(e.g., Divorce, Personal Injury)

NAME OF PARTY OR PARTIES FILING THIS PETITION IN ERROR:
______________________________________________________________________

THE APPEAL IS BROUGHT FROM: (Check one)

_____ Judgment, Decree or Final order of District Court.

_____ Appeal from order granting summary judgment or motion to dismiss (Accelerated procedure under Rule 1.36).

_____ Appeal from Revocation of Driver's License (Rule 1.21(b)).

_____ Final Order of Other Tribunal.

(Specify Corporation Commission, Insurance Department,

Tax Commission, Court of Tax Review, Banking Board or

Banking Commissioner, etc. _________________________)

_____ Interlocutory Order Appealable by Right.

_____ Other _______________________________________________________

II. TIMELINESS OF APPEAL

1. Date judgment, decree or order appealed was filed:_______________________.

2. Did the party appealing prepare the judgment, decree or order appealed? ____ Yes _____ No.

3. Date the certificate of service was filed in the trial court: _______________________.

4. Does the judgment or order on appeal dispose of all claims by and against all parties?
____ Yes _____ No.

If not, did district court direct entry of judgment in accordance with 12 O.S. § 994? _____Yes _____ No.

When was this done? _________________

5. If the judgment or order is not a final disposition, is it appealable because it is an Interlocutory Order Appealable by Right? _____ Yes _____ No. Specific statutory basis for interlocutory order appealable by right:_______________________.

6. If none of the above applies, what is the specific statutory basis for determining the judgment or order is appealable? ____________________________________

7. Were any post-trial motions filed?
Type Date Filed Date Disposed
____________________ _____________________ ____________________
____________________ _____________________ ____________________
____________________ _____________________ ____________________

8. This Petition is filed by: ___ Delivery to Clerk, or
___Mailing to Clerk by U.S. Certified Mail, Return
Receipt Requested, on ____________ (date)

III. RELATED OR PRIOR APPEALS

List all prior appeals involving same parties or same trial court proceeding: ________

___________________________________________________________________

List all related appeals involving same issues: __________________________________

____________________________________________________________________

(Identify by Style, Appeal Number, Status, and Citation, if any. If none, so state.)

_

IV. SETTLEMENT CONFERENCE

Is appellant willing to participate in an attempted settlement of the appeal by predecisional conference under Rule 1.250? _____Yes _____No

V. RECORD ON APPEAL

_____ A Transcript will be ordered.

_____ No Transcript will be ordered because no record was made and/or no transcript will be necessary for this appeal

_____ A Narrative Statement will be filed

_____ Record is concurrently filed as required by Rule 1.34 (Driver's License Appeals, etc.) or Rule 1.36 (Summary judgments and motions to dismiss granted).

VI. JUDGMENT, DECREE OR ORDER APPEALED -- EXHIBIT "A"

(Attach as Exhibit "A" to the Petition in Error a certified copy of the judgment, decree or order from which the appeal is taken. If a post-trial motion extending appeal time under Rule 1.22 was filed, a certified copy of the order disposing of the motion must be attached also.)

VII. SUMMARY OF CASE -- EXHIBIT "B"

Attach as Exhibit "B" a brief summary of the case not to exceed one 8 ½"x 11" double spaced page.

VIII. ISSUES TO BE RAISED ON APPEAL -- EXHIBIT "C"

Attach as Exhibit "C" the issues proposed to be raised. Include each point of law alleged as error. Avoid general statements such as "Judgment not supported by law."

_

IX. NAME OF COUNSEL OR PARTY, IF PRO SE

ATTORNEY FOR APPELLANT

Name:

OBA No.:

Firm:

Designated Case-Specific Email Address: [if applicable]

Secondary Email Address: [if applicable]

Address:

Telephone:

ATTORNEY FOR APPELLEE

Name:

OBA No.:

Firm:

Designated Case-Specific Email Address: [if applicable]

Secondary Email Address: [if applicable]

Address:

Telephone:

DATE: ______________________ 20___

 
 
  
                                                      
 ____________________________________________
 
 
  
  
 
 Verified by (Signature of Attorney or Pro Se Party)
 
 
 
  
  
 ____________________________________________
 
 
  
  
 
 Firm
 
 
 
  
  
 ____________________________________________
 
 
  
  
 
 Designated Case-Specific Email Address [if applicable]
 
 
 
  
  
 ____________________________________________
 
 
  
  
 
 Secondary Email Address [if applicable]
 
 
 
  
  
 ____________________________________________
 
 
  
  
 
 Address
 
 
 
  
  
 ____________________________________________
 
 
  
  
 
 Telephone
 
 
 

_

X. CERTIFICATE OF MAILING TO ALL PARTIES AND
COURT CLERK

I hereby certify that a true and correct copy of the Petition in Error was mailed this ___ day of ________________, 20___ by depositing it in the U.S. Mail, postage prepaid or by electronic mail to ____________________________

_______________________________________________________________________.

(Name and Address and/or Email Address of Each Party or Counsel)

I further certify that a copy of the Petition in Error was mailed to, or filed in, the Office of ________________________________________________________ on the

(District Court Clerk or Other Tribunal)

___ day of ______________________, 20___.

 
 
  
                                                             
 ________________________________________
 
 
  
  
 
 Certified by (Signature of Attorney or Pro Se Party)
 
 
 

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 Title 12. Civil Procedure

 
Cite
Name
Level

 
12 O.S. RULE 1.301, 
FORMS
Cited

 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA